AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Western District of Texas

Matthew Alan Clendennen

*Plaintiff(s)*

v.

Civil Action No. 6:15-CV-00173-WSS

Manuel Chavez

*Defendant(s)*

FILED
JUN 19 2015
CLERK, U.S. DISTRICT CLERK
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Manuel Chavez
Waco Police Department
3115 Pine Avenue
Waco, Texas 76708

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

F. Clinton Broden
Broden, Mickelsen, Helms and Snipes LLP
2600 State Street Dallas, Texas 75204
214-720-9552 (tel) 2214-720-9594 (fax)

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT   JEANNETTE J. CLACK

*Melissa Copp*

Date: 6/12/2015

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 6:15-CV-00173-WSS

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* __Manuel Chavez - Waco P.P.__

was received by me on *(date)* _____.

☐ I personally served the summons on the individual at *(place)* __3115 Pine Ave Waco Tx__
on *(date)* __6-17-15__ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____
on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $ __0.00__ .

I declare under penalty of perjury that this information is true.

Date: __6-17-15__

__[signature]__
Server's signature

__Marc D. Mormino__
Printed name and title

__421 Pine Ave Waco Tx__
Server's address

Additional information regarding attempted service, etc: