UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| MATTHEW ALAN CLENDENNEN | ) | CIVIL ACTION NO. |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 15-CV-173 |
| | ) | |
| MANUEL CHAVEZ, JANE OR JOHN DOEs 1-10, JANE OR JOHN DOEs 11-20, CITY OF WACO, COUNTY OF MCLENNAN, ABELINO REYNA and JANE OR JOHN DOES 21-25 | ) ) ) ) ) ) | |
| | ) | |
| Defendants. | ) ) | |

**PLAINTIFF'S RULE 41(a)(1)(A)(I) NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE TO REFILE**

Fed. R. Civ. P. 41 (a)(1) provides that, before an opposing party files either an answer or summary judgement in an action, a plaintiff may file a notice of voluntary dismissal without any action being required by the Court and further provides that the dismissal is without prejudice to the Plaintiff's right to refile the action at a later date.

Based on this Rule, Plaintiff, Matthew Alan Clendennen hereby gives the District Court and the parties notice that, pursuant to Fed.R.Civ.P. 41(a)(1)(A)(I), he dismisses this pending action against all parties without prejudice.

Respectfully submitted,

/s/F. Clinton Broden
F. Clinton Broden
Tx. Bar 24001495
Broden, Mickelsen, Helms & Snipes, LLP
2600 State Street
Dallas, Texas 75204
214-720-9552
214-720-9594 (facsimile)

Attorney for Plaintiff
Matthew Alan Clendennen

**CERTIFICATE OF SERVICE**

      I, F. Clinton Broden, certify that on July 2, 2015, I caused the foregoing document to be served by the electronic case filing system (ECF) on all counsel of record.

                                            /s/ F. Clinton Broden
                                            F. Clinton Broden